UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYLENA ALRED and JERRY W. ALRED | * | CIVIL ACTION NO. 2:23-cv-02145 |
| | * | |
| | * | JUDGE WENDY B. VITTER |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE KAREN WELLS ROBY |
| | * | |
| EUSTIS MORTGAGE CORPORATION | * | SECTION D (4) |

## NOTICE OF SUGGESTION OF DEATH UPON THE RECORD

PLEASE TAKE NOTICE that in accordance with Rule 25(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, Mylena Alred, hereby suggests upon the record the death of co-plaintiff Jerry Alred, during the pendency of this action.

Respectfully submitted:

FERGUSON BRASWELL FRASER KUBASTA PC

By: /s/Kenneth H. Holt
  Kenneth H. Holt
  Texas State Bar No. 00793012
  kholt@fbfk.law
  3200 Southwest Freeway, Suite 3200
  Houston, Texas 77027
  Phone:  713-403-4200
  Fax:    713-403-4201

  AND

LISKOW & LEWIS, APLC

By: /s/  *Thomas J. McGoey II*
    Thomas J. McGoey II
    (La. Bar No. 18330)
    Melanie N. Derefinko
    (La. Bar No. 37658)
    701 Poydras Street, Suite 5000
    New Orleans, LA  70139
    Telephone:        (504) 581-7979
    Facsimile:         (504) 556-4108
    Email: tjmcgoey@liskow.com
           mderefinko@liskow.com

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing was served via electronic mail on all counsel of record on this 19th day of February 2024.

*/s/ Kenneth H. Holt*
Kenneth H. Holt
